# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Daniel Rodriguez

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood and Joel Brott

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-01466-LMP/ECW**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Jose Daniel R.'s Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;
2. The Government is ORDERED to release Jose Daniel R. from custody in Minnesota, without conditions and with all personal property, by no later than 5:00 p.m. on Wednesday, February 25, 2026;
3. The Government is ORDERED to file a status report certifying its compliance with this Order by no later than Thursday, February 26, 2026; and
4. If the Government seeks to impose conditions of release on Jose Daniel R. or to retain Jose Daniel R.'s property, the Government's status report must

include: (a) the conditions imposed or the property retained; and (b) the legal basis on which the conditions are imposed or the property is retained.

Date: 2/23/2026

KATE M. FOGARTY, CLERK